UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DRUMM, | No. 2: 18-cv-2854 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 20, 2018, the undersigned dismissed plaintiff's complaint with thirty days to file an amended complaint. (ECF No. 8.) Thirty days passed and plaintiff did not file an amended complaint. However, on December 21, 2018, plaintiff filed a letter with the court suggesting that D. Snell, D. Yee and Andrew be named as defendants. (ECF No. 11.)

Plaintiff's December 21, 2018 letter is not an amended complaint. An amended complaint must be complete without reference to other documents. Piecemeal amendment is not permitted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to file an amended complaint on the complaint form provided with this order; failure to comply with this order will result in a recommendation of dismissal of this action;

////

1

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint.

Dated: January 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Drum2854.ord

2